UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria        Division

In re JOHN CURRAN

Case No. 09-16065

Debtor(s)

Chapter 7

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___ Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
*Check if applicable:* ___ Soc. Sec. No. amended [*If applicable*: **An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on_____.***]
___ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
___ Schedule A - Real Property
**X** Schedule B - Personal Property
**X** Schedule C - Property Claimed as Exempt
___ **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. *( $26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)*    Check applicable statement(s):
   ___ Creditor(s) added    ___ Creditor(s) deleted
   ___ Change in amounts owed or classification of debt
   ___ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
   ___ Post-petition creditors added (Schedule of Unpaid Debts)
**REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
___ Schedule G - Executory Contracts and Unexpired Leases
___ Schedule H – Codebtors
**X** Schedule I - Current Income of Individual Debtor(s)
___ Schedule J - Current Expenditures of Individual Debtor(s)

[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database.* ]

___ Statement of Financial Affairs

___ Chapter 7 Individual Debtor's Statement of Intention

___ Chapter 11 List of Equity Security Holders

___ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

___ Disclosure of Compensation of Attorney for Debtor

___ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____

Date: ~~AUGUST~~ SEPT. 1, 2009

/S/ Ann Schmitt
Attorney for Debtor(s)[or *Pro Se* Debtor(s)]
State Bar No.: 22030
Mailing Address: 30C Catoctin Circle, SE, Leesburg, VA 20175
703-737-6377

[amendcs ver. 10/2007]

Telephone No.: