Ann E. Schmitt, VBN 22030
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175
703.737.6377
aschmitt@culbert-schmitt.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re:<br><br>**John Curran**<br>         **Debtor** | **Case No. 09-16065-SSM** |

## ORDER AUTHORIZING CULBERT & SCHMITT, LLC
## TO WITHDRAW AS COUNSEL

This matter came on upon the Application of Culbert & Schmitt, PLLC ("C&S"), counsel to the debtor, ("Application") and it appearing to the Court that the matter has been duly noticed, and that no objection has been filed, and it further appearing that the relief requested is appropriate, it is therefore

ORDERED that the Application is granted, and that C&S and Ann Schmitt, are authorized to withdraw as counsel for the Debtor in this case.

Date: _____          _____
Alexandria, Virginia                                  Stephen S. Mitchell
                                                              United States Bankruptcy Judge

                                                              Entered on Docket:

1

I ASK FOR THIS:

*/s/ Ann E. Schmitt*
Ann E. Schmitt, VBN 22030
Culbert & Schmitt, PLLC
30A Catoctin Circle, SE
Leesburg, VA 20175
703-737-6777
aschmitt@culbert-schmitt.com

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

*/s/ Ann E. Schmitt*

The Clerk shall send copies of this order to the following:

by e-mail:

    Ann Schmitt: aschmitt@culbert-schmitt.com
    Office of the U.S. Trustee: USTPRegion04.AX.ECF@usdoj.gov
    H. Jason Gold, Chapter 7 trustee:jgold@wileyrein.com